# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL LEE,<br><br>            Plaintiff,<br><br>     vs.<br><br>APOTHAKER SCIAN P.C.; AND CAVALRY SPV I, LLC,<br><br>            Defendants. | Case No.:  2:22-cv-01622-DSF-GJS<br><br>**ORDER RE: STIPULATION FOR DISMISSAL OF ACTION PURSUANT TO F.R.C.P. 41(a)** |

Having considered the Stipulation for Dismissal of this action filed by the Parties pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, and good cause appearing therefor, IT IS HEREBY ORDERED:

1. This entire action is dismissed with prejudice; and
2. Each of the Parties shall bear their own attorney's fees and costs.

IT IS SO ORDERED.

DATED: February 3, 2023

*/s/ Dale S. Fischer*
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE